**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 08-14131-CIV-GRAHAM/LYNCH**

**CSX TRANSPORTATION, INC.**

    **Plaintiff,**

**v.**

**EARTHWISE-MULCH, INC.**

_____/

```
FILED by _____ D.C.

JAN - 6 2009

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE
```

**REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION
TO REOPEN THE CASE AGAINST DEFENDANT FOR DEFENDANT'S
BREACH OF THE SETTLEMENT AGREEMENT [D.E. #11]**

**THIS CAUSE** having come on to be heard upon the aforementioned motion and this Court having reviewed the motion and noting that no response has been filed in opposition thereto and that the time for filing a response has expired, this Court recommends to the District Court as follows:

1.    This matter was originally settled between the parties pursuant to a Settlement Agreement dated July 2, 2008. A copy of the Settlement Agreement and the Judgment Note executed by the parties and the representatives of the parties in respect to the Settlement Agreement are attached to the motion.

2.    The Settlement Agreement called for twelve monthly payments of $12,320.12 to be made by the Defendant to the Plaintiff on the 30th day of each month beginning July 30, 2008.

3.    Apparently on or about October 15, 2008, counsel for the Defendant advised counsel for the Plaintiff in writing that the Defendant was not able to make any further payments.

4.    The Settlement Agreement calls for the Plaintiff to notify the Defendant and the Defendant's counsel in writing of any claimed breach.  This was done by counsel for the Plaintiff pursuant to correspondence dated October 29, 2008.

5.    The terms of the Settlement Agreement require this written notice.  Further, if the breach is not corrected, the Settlement Agreement and Judgment Note are self-executing.  Pursuant to the terms of the Settlement Agreement and the Judgment Note, the balance due is accelerated and the Judgment Note provides for the balance being converted to a final judgment against the Defendant without any further proceedings. Additionally, attorney's fees and costs incurred by counsel for the Plaintiff solely incurred in respect to recovery of the balance due are to be awarded as well.

6.    The Plaintiff attaches to the motion a ledger purportedly setting forth the balance due.  However, the entries do not comport with the motion which states that the balance due as of October 29, 2008 was $123,201.20.  Therefore, counsel for the Plaintiff needs to provide an affidavit signed by a representative of the Plaintiff establishing the balance due and any interest incurred since the breach.  Additionally, counsel for the Plaintiff should provide additional documentation concerning the attorney's fees incurred solely in respect to reopening this matter and collecting the balance due.  That documentation shall include the tasks performed by the attorney, the date that the tasks were performed, the amount of time devoted and the hourly rate charged.  Once all of this documentation is provided to the Court, this Court will recommend a specific amount to be entered by way of a final judgment against the Defendant.

7.    At this time, this Court will recommend that the motion be granted, that the matter be reopened to permit the filing of an affidavit of balance due and attorney's

2

fees/costs affidavits in accordance with this Court's findings herein.   Once those documents are provided to this Court, this Court will enter another Report and Recommendation to the District Court with specific amounts to be contained within any final judgment entered against the Defendant.

**ACCORDINGLY**, this Court recommends to the District Court that the motion be **GRANTED** and that within fourteen (14) days of the date of this Order, the Plaintiff shall provide an affidavit of balance due together with any interest earned, as well as an affidavit of attorney's fees/costs incurred in strict compliance with this Court's findings and directions set forth herein above.

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, United States District Judge assigned to this case.

**DONE AND SUBMITTED** this _____ day of January, 2009, at Fort Pierce, Northern Division of the Southern District of Florida.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Donald L. Graham
Jeffrey C. Weinstein, Esq.
Ryan S. Grazi, Esq.

3