UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

Case No. 08-14131-CIV-GRAHAM/LYNCH

CSX TRANSPORTATION, INC.,

    Plaintiff,

vs.

EARTHWISE-MULCH, INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Motion to Reopen the Case Against Defendant for Defendant's Breach of the Settlement Agreement [D.E. 11].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Frank J. Lynch, Jr. [D.E. 13]. Subsequently, the Magistrate Judge issued a Report recommending that the Motion be granted, and that Plaintiff be directed to file an affidavit of the balance due under the Settlement Agreement in addition to an affidavit of attorney's fees and costs [D.E. 14]. The parties did not file Objections to the Magistrate's Report.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Lynch's Report [D.E. 14] recommending that Plaintiff's Motion to

Reopen be granted is **RATIFIED, AFFIRMED and APPROVED** in its entirety.

It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Reopen the Case Against Defendant for Defendant's Breach of the Settlement Agreement [D.E. 11] is **GRANTED**. It is further

**ORDERED AND ADJUDGED** that this case is **REOPENED**. It is further

**ORDERED AND ADJUDGED** that within fourteen (14) days from the date of this Order, Plaintiff shall file an affidavit of balance due together with any interest earned, and an affidavit of attorney's fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of May, 2009.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Frank J. Lynch
    All Counsel of Record